## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**DAVID GUTIERREZ**                                                                        **PLAINTIFF**

**V.**                                      **CASE NO. 5:24-CV-5206**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                            **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on February 28, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 17th day of March, 2025.

                                                            */s/ Timothy L. Brooks*
                                                            TIMOTHY L. BROOKS
                                                           UNITED STATES DISTRICT JUDGE